UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRAVIS D. PAIGE (#420440)

VERSUS

WARDEN BOBKER, ET AL.

CIVIL ACTION

NO. 12-536-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action of United States Magistrate Judge Stephen C. Riedlinger dated August 31, 2012 (doc. no. 7) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(I), without leave to amend because there is no conceivable, non-frivolous federal claim he could assert consistent with the facts alleged in his complaint.

Baton Rouge, Louisiana, October 2nd, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA